# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LAURA ASHLEY, | ) |
|       Plaintiff, | ) Case No.: 4:20-cv-00620-RK </br> ) |
| vs. | ) |
| GARY CROSSLEY FORD, INC. | ) |
|       Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

The undersigned parties, by and through their respective counsel, and pursuant to FED.R.CIV.P. 41, hereby submit the following Joint Stipulation of Dismissal as to all of Plaintiff's claims against defendant Gary Crossley Ford, Inc. in the above-captioned matter. Plaintiff, pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), and by stipulation of the appearing parties, stipulate to the dismissal with prejudice of all of Plaintiff's claims against defendant Gary Crossley Ford, Inc. in the above-captioned matter.

Jointly signed and submitted by:

LAUREN ALLEN, LLC
4717 Grand Avenue, Suite 130
Kansas City, MO 64112
T: 816-877-8120
F: 816-817-1120
lpa@laurenallenllc.com

By: /s/ *Lauren Perkins Allen*
      Lauren Perkins Allen  #49845

**ATTORNEY FOR PLAINTIFF**

Lauren M. Sobaski     MO Bar No. 68798
James R. Holland, II     MO Bar No. 47459
**FISHER & PHILLIPS LLP**
4900 Main Street, Suite 650
Kansas City, MO 64112
Phone: (816) 842-8770
Facsimile: (816) 842-8767
Email: lsobaski@fisherphillips.com
Email: jholland@fisherphillips.com

By: */s/ Lauren M. Sobaski*
       Lauren M. Sobaski #68798

**ATTORNEYS FOR DEFENDANT
GARY CROSSLEY FORD, INC.**